| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

RONALD J. WASHINGTON, §
　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
v. § CIVIL ACTION NO. 1:13-CV-561
　　　　　　　　　　　　　　　§
MARTIN RESOURCE MANAGEMENT, §
　　　　　　　　　　　　　　　§
　　　　　Defendant. §

**ORDER ADOPTING REPORT AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 05-07. The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 12), which recommends that the court dismiss the instant action for failure to prosecute and failure to comply with a court order. No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed. It is, therefore,

**ORDERED** that the magistrate judge's report and recommendation (Doc. No. 12) is **ADOPTED**; and the Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.**

SIGNED at Beaumont, Texas, this 25th day of June, 2014.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE